**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARGARET HALL,

    Plaintiff,

v.                                                      Case No. 8:23-cv-01176-KKM-TGW

SANOFI-AVENTIS U.S. LLC, ET AL.

    Defendants.
_____/

**JOINT STATUS REPORT ON SETTLEMENT**

    Sanofi-Aventis U.S. LLC, Sanofi US Services, Inc., and at least 36 plaintiff's firms represented by plaintiffs' settlement counsel have agreed to enter into a master settlement agreement (MSA) that controls the settlement of up to 2,500 cases, including this case captioned above, currently pending in state and federal courts, and in the multidistrict litigation styled and numbered In re Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740), in the United States District Court for the Eastern District of Louisiana. All of these pending lawsuits seek to recover monetary damages for injuries related to the use of the chemotherapy drug Docetaxel, manufactured by Sanofi-Aventis U.S. LLC. The MSA will establish a framework and evaluation criteria for the payment of a settlement amount to each participating plaintiff.

    On December 22, 2023, plaintiffs' settlement counsel provided Sanofi with a list of the cases and firms that counsel believes are eligible to participate in the settlement. Sanofi is reviewing this list of cases for key issues, such as dismissals, non-Sanofi product

identification, status of deceased plaintiffs, and others. This review is expected to conclude within several weeks. The parties have agreed to finalize and sign the MSA no later than January 19, 2024, with an extension that can be agreed upon by the parties. The MSA drafting and review is already well underway. The final deadlines for participation in this settlement program are not yet set, but are expected to occur in April or May, 2024.

Because of the parties' focus on settling these cases and effort to focus remaining resources on litigating cases not subject to the settlement in hopes of resolution of them too, Sanofi and settling counsel respectfully request that the Courts set reporting updates in the some 200+ remanded cases subject to the settlement on as infrequent a basis as possible.

Respectfully submitted,

*Connor J. Sears*
Connor J. Sears
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
csears@shb.com

***Attorneys for Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC***