UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MARGARET HALL ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 8:23-cv-01176-KKM-TGW |
| ) | |
| vs. ) | |
| ) | |
| SANOFI U.S. SERVICES INC. ET AL ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal with prejudice of this action as to all Defendants with each party to bear its own attorney's fees and costs.

Dated: October 25, 2024                                     Respectfully submitted,

*/s/ Connor J. Sears*                                         /s/ *Trevor Rockstad*
Connor J. Sears                                                Trevor Rockstad
**SHOOK, HARDY & BACON L.L.P.**            **Davis & Crump, P.C.**
2555 Grand Blvd.                                            2601 14th St.
Kansas City, Missouri 64108                           Gulfport, MS 39501
Phone: (816) 474-6550                                   800-277-0300
Fax: (816) 421-5547                                        trevor.rockstad@daviscrump.com
csears@shb.com

*Counsel for Plaintiff*

*Counsel for Sanofi US Services Inc.,*
*f/k/a Sanofi-Aventis U.S. Inc. and*
*Sanofi-Aventis U.S. LLC*

1